IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03012-PAB-MJW

HARRISON SHULL,

Plaintiff(s),

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
JOHN DOE PRINTERS 1-10,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Houghton Mifflin Harcourt Publishing Company's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Transfer (Docket No. 21) is denied as moot based upon the Order issued yesterday by Judge Brimmer (Docket No. 25) denying the motion to transfer.

Date: May 4, 2012