IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03012-PAB-MJW

HARRISON SHULL,

Plaintiff(s),

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
JOHN DOE PRINTERS 1-10,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Agreed Motion for Protective Order (docket no. 27) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 27-1) is APPROVED as amended in paragraph 15 and made an Order of Court.

Date:  May 9, 2012